THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT W. BARNES, Appellant.

Argued January 16, 1946; decided March 7, 1946.

*Thomas L. Newton* and *Julian J. Evans* for appellant.
*John S. Marsh, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. DYE, J., dissents and votes to order a new trial. MEDALIE, J., deceased.